■ PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, Respondent, v LIBERTY MUTUAL INSURANCE COMPANY, Appellant. [838 NYS2d 456]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.

■ JOSEPH S. BOWKER et al., Plaintiffs, v NVR, INC. Individually and Doing Business as RYAN HOMES OF NEW YORK, Defendant and Third-Party Plaintiff. KEVIN HARMON, Individually and Doing Business as K-WALL DRY WALL, Third-Party Defendant. NVR, INC., Individually and Doing Business as RYAN HOMES OF NEW YORK, Third-Party Plaintiff-Appellant, v NEW YORK STATE INSURANCE FUND, Second Third-Party Defendant-Respondent, et al., Second Third-Party Defendant. [838 NYS2d 456]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.

■ MAHMOOD YOONESSI et al., Respondents, v DEBRA L. GIVENS, Appellant. [838 NYS2d 457]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.

■ EDDIE L. GROSS et al., as Parents and Natural Guardians of C.T.G., an Infant, Respondents, v JOEL E. BEZEK et al., Respondents, and BOARD OF EDUCATION OF CITY OF LOCKPORT SCHOOL DISTRICT, Appellant. [838 NYS2d 457]—Motion for reargument denied. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ ROBERT LEE LOWMAN, JR., Appellant, v MARY DANKERT, Defendant, and PAUL NORTH et al., Respondents. (Appeal No. 1.) ROBERT LEE LOWMAN, JR., Appellant, v MARY DANKERT, Respondent, et al., Defendants. (Appeal No. 2.) [838 NYS2d 456]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN C. ESCH, Appellant. [837 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Assault, 2nd Degree). Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.